[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 12-12678

————————————————

D. C. Docket No. 5:10-cv-00137-CLS

T. MARK MACLIN,
as Administrator ad Litem of the
Estate of David Smith,

Plaintiff-Appellant,

versus

DR. WILLIAM HOBBS,
J. GALBREATH, RN,
CORRECTIONAL MEDICAL SERVICES, INC.,

Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Northern District of Alabama

————————————————

(May 23, 2013)

Before HULL and ANDERSON, Circuit Judges, and SCHLESINGER,[*] District
Judge.

———————————————

[*] Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of
Florida, sitting by designation.

PER CURIAM:

For the reasons fully discussed at oral argument, we conclude that Plaintiff adduced ample evidence to create genuine issues of fact with respect to both prongs of Plaintiff's claim—both the knowledge prong and the deliberate indifference prong.  Accordingly, the judgment of the district court is reversed and this case is remanded for trial.

REVERSED AND REMANDED.